IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES D. CUNNINGHAM<br>Plaintiff(s)<br>v.<br><br>MURRIEL M. WHITENER, et al<br>Defendant(s) | CIVIL ACTION NO.<br>1:04cv3427-TWT |

O R D E R

The above complaint was filed on November 23, 2005. Since that date, no proof of service on the defendant has been filed. In accordance with Rule 4 of the Federal Rules of Civil Procedure and pursuant to LR 230-2(b), the above complaint will be dismissed without prejudice for Plaintiff's failure to effectuate service of process on the defendants within 120 days, if proof of service is not filed with the Clerk's Office by April 25, 2005. The Clerk is directed to submit this action on April 28, 2005, if the plaintiff fails to comply.

IT IS HEREBY ORDERED, this 23rd day of March, 2005

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE