AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

The Whitner Group
502 N. Industrial Way
Dallas, GA 30132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

MAR 2 3 2005

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

Shawn Whitner
149 Fields Rd
Dallas GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

MAR 23 2005

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

SUMMONS IN A CIVIL ACTION

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

Whitner Investment Limited Partnership
149 Fields Road
Dallas GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

MAR 23 2005

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

Whitner Enterprises LLC
149 Fields Rd
Dallas GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

MAR 23 2005

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

Whitener Management and Consulting LLC
641 McCready Dr.
Dallas, GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

MAR 23 2005

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

Whitner Holdings, LLC
502 Industrial Way, North
Dallas, GA 30132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

MAR 23 2005

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)

Gaye Whitener
641 McCready Dr.
Dallas, GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

(By) DEPUTY CLERK

MAR 23 2005

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D Cunningham

V.

Muriel M. Whitener
Shawn Whitener
Whitener Limited Partnership
Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1 04 CV 3427-TWT

TO: (Name and address of Defendant)
Whitner Limited Partnership
641 McCready Dr.
Dallas, GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Manely, Esq.
7 Atlanta Street
Marietta, GA 30060

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

MAR 23 2005
DATE

(By) DEPUTY CLERK