IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 04 2005
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

| | | |
|---|---|---|
| JAMES D. CUNNINGHAM<br><br>Plaintiff<br><br>vs.<br><br>MURIEL M. WHITENER,<br>SHAWN WHITENER, WHITENER<br>LIMITED PARTNERSHIP,<br>GAYE WHITENER, et. al.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>FILE NO. 1: 04CV3427-TWT |

ENTRY OF APPEARANCE

MICHAEL E. MANELY, Attorney at Law, hereby files his Entry of Appearance on behalf of the Plaintiff, James D. Cunningham.

All further pleadings may be served upon counsel, addressed as follows:

Michael E. Manely
The Manely Firm
7 Atlanta St., Suite C
Marietta, GA 30060

RESPECTFULLY SUBMITTED this 1day of April, 2005.

MICHAEL E. MANELY
Ga. Bar No. 468580

The Manely Firm
7 Atlanta St., Suite C
Marietta, GA 30060
(770) 421-0808

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES D. CUNNINGHAM | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 1: 04CV3427-TWT |
| | ) | |
| MURIEL M. WHITENER, | ) | |
| SHAWN WHITENER, WHITENER | ) | |
| LIMITED PARTNERSHIP, | ) | |
| GAYE WHITENER, et. al. | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have, this day, served the foregoing Entry of Appearance by depositing a copy in the United States Mail, first class postage pre-paid, addressed as follows:

Individually and on behalf of the Defendants

Shawn Whitener
149 Fields Rd
Dallas Ga. 30157

T. Joshua R. Archer
14 Piedmont Center, Suite 100
3535 Piedmont Road, N.E.
Atlanta, Ga. 30305

RESPECTFULLY SUBMITTED THIS 1 day of April, 2005.

MICHAEL E. MANELY
GA. BAR NO.: 468580

The Manely Firm, P.C.
7 Atlanta St. Suite C.
Marietta, Ga. 30060
770-421-0808